Rebekah R. Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

*Of Counsel:*

Ronald M. Daignault
Richard Juang
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
rjuang@daignaultiyer.com

*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PRODUCTS, L.P., and PHARMA MAR, S.A.,<br><br>　　　　　　Plaintiffs<br><br>MSN PHARMACEUTICALS INC., and MSN LABORATORIES PRIVATE LIMITED,<br><br>　　　　　　Defendants. | Civil Action No. 21-cv-14622-ZNQ-LHG |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

　　　Pursuant to Fed. R. Civ. P. 7.1, Defendants, MSN Pharmaceuticals Inc. and

MSN Laboratories Private Limited, state:

　　　1. MSN Laboratories Pvt. Ltd. is privately held and no public entity owns 10%

or more of its stock.

　　　2. MSN Pharmaceuticals Inc. is wholly owned by MSN Laboratories Pvt. Ltd.

|  |  |
|---|---|
| Dated: December 17, 2021 | Respectfully Submitted |// 

Dated: December 17, 2021

Respectfully Submitted

s/ Rebekah R. Conroy

Rebekah R. Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

Ronald M. Daignault*
Richard Juang*
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
rjuang@daignaultiyer.com

*Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd.*

*\*not admitted to practice in Virginia*